**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eligio ROJAS–VALDEZ, Defendant–**
**Appellant.**

**No. 11–41265**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 31, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Eligio Rojas–Valdez, Three Rivers, TX, pro se.

Before KING, JOLLY, and GRAVES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**PER CURIAM:** *

The Federal Public Defender appointed to represent Eligio Rojas–Valdez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rojas–Valdez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.